# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JESSICA PARM On Behalf of Herself ) <br> And All Others Similarly Situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL BANK OF ) <br> CALIFORNIA, N.A., ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br> 4:14-CV-320-HLM |

## ORDER

THIS MATTER having come before the Court upon the parties' Joint Motion to Suspend Deadlines (Doc. 33), and the Court having considered same, and for good cause shown;

IT IS HEREBY ORDERED that the Joint Motion to Suspend Deadlines is GRANTED; and

IT IS HEREBY ORDERED that all existing deadlines are suspended, including the deadlines applicable to (a) the early planning conference set by Local Rule 16.1, (b) the filing of the Joint Preliminary Report and Discovery Plan set by Local Rule 16.2, and (c) the time in which Plaintiff may be required to move for class certification set by Local Rule 23.1(B), with the exception of deadlines

relating to the briefing of Defendant's Motion to Compel Arbitration [Doc. 21] and Defendant's alternative Motion to Dismiss [Doc. 22].

SO ORDERED, this 23rd day of February, 2015.

                                                Harold L. Murphy
                                                United States District Judge