UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JESSICA PARM,<br>on Behalf of Herself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        vs.<br><br>NATIONAL BANK OF CALIFORNIA, N.A.,<br><br>        Defendant. | Civil Action No. 4:14-cv-0320-HLM |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Jessica Parm respectfully submits the April 6, 2015 Orders List (575 U.S. ___) of the United State Court Supreme Court, which on page 2 denies the petition for writ of certiorari in *CashCall, Inc. v. Abraham Inetianbor* 14-775 (*Inetianbor v. CashCall, Inc.* 768 F.3d 1346 (11th Cir. 2014)), in opposition to Defendant National Bank of California N.A.'s motion to compel arbitration and motion to dismiss.

Dated: April 6, 2015          Respectfully submitted,

                                            **DARREN KAPLAN LAW FIRM, P.C.**

                                            By:    _s/ Darren T. Kaplan_
                                                       Darren T. Kaplan
                                                       Georgia Bar No. 172670
                                                       1230 Peachtree Street

Suite 2300
Atlanta, GA 30309
Tel: (212) 999-7370
Fax: (646) 390-7410
dkaplan@darrenkaplanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2015, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                               s/ Darren T. Kaplan  
                                               Darren T. Kaplan  
                                               Georgia Bar No. 172670

(ORDER LIST: 575 U. S.)

MONDAY, APRIL 6, 2015

ORDERS IN PENDING CASES

14M102      TURNER, ROSS E. V. VIRGINIA, ET AL.

            The motion to direct the Clerk to file a petition for a writ of certiorari out of time under Rule 14.5 is denied.

14M103      TRILLO, VICTOR B. V. BITER, WARDEN

14M104      GRIFFIN, HENRY L. V. SMITH, STEVE, ET AL.

            The motions to direct the Clerk to file petitions for writs of certiorari out of time are denied.

14-770      BANK MARKAZI V. PETERSON, DEBORAH, ET AL.

            The Solicitor General is invited to file a brief in this case expressing the views of the United States.

14-7110     RIGGINS, RICHARD P. V. USCA 5

            The motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* is denied.

14-8160     JONES, DEON D. V. LOCKHEED MARTIN CORPORATION

14-8204     MANGUM, GARY, ET UX. V. RENTON SCHOOL DISTRICT #403

14-8601     BROWN, TIMOTHY V. MI DOC PAROLE BOARD

14-8624     MILIAN, JAVIER V. WELLS FARGO BANK, ET AL.

            The motions of petitioners for leave to proceed *in forma pauperis* are denied.  Petitioners are allowed until April 27, 2015, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

1

## CERTIORARI DENIED

| | |
|---|---|
| 14-523  | BROWN, ARTHUR V. STEPHENS, DIR., TX DCJ |
| 14-629  | DEGNAN, CHARLES, ET AL. V. BURWELL, SEC. OF H&HS, ET AL. |
| 14-641  | SD-3C, LLC, ET AL. V. OLIVER, DAN, ET AL. |
| 14-703  | ZEBROWSKI, ROBERT J., ET AL. V. EVONIK DEGUSSA CORP., ET AL. |
| 14-775  | CASHCALL, INC. V. INETIANBOR, ABRAHAM |
| 14-780  | NORTH CAROLINA, ET AL. V. LEAGUE OF WOMEN VOTERS OF NC |
| 14-906  | WOODEL, THOMAS D. V. FLORIDA |
| 14-923  | HUMPHRIES, H. L. V. STEPHENS, DIR., TX DCJ |
| 14-926  | ALLSTON, ERIC, ET AL. V. LOWER MERION SCHOOL DISTRICT |
| 14-927  | SHALABY, ANDREW W. V. BERNZOMATIC, ET AL. |
| 14-929  | LEVY GARDENS PARTNERS 2007 V. COMMONWEALTH LAND TITLE |
| 14-930  | BARNETT, PAMELA V. PADILLA, ALEX, ET AL. |
| 14-933  | FAIR, TRACY A. V. WALKER, ROBERT, ET AL. |
| 14-936  | CARDINALLI, SAL J. V. CARDINALLI, JOHN T., ET AL. |
| 14-937  | PORTEADORES DEL NOROESTE V. INDUSTRIAL COMM. OF AZ, ET AL. |
| 14-938  | SULLIVAN, DONALD V. NORTH CAROLINA |
| 14-950  | SCHAFLER, PEPI V. HSBC BANK USA, ET AL. |
| 14-957  | COLLARD, MARY L. V. NOAH, RAYMOND D., ET AL. |
| 14-959  | KeHE DISTRIBUTORS V. KILLION, THOMAS E., ET AL. |
| 14-960  | LLESHI, EGLANTINA V. HOLDER, ATT'Y GEN. |
| 14-982  | GROSS, ALAN, ET UX. V. UNITED STATES |
| 14-1026 | GOSSAGE, HENRY E. V. OPM, ET AL. |
| 14-1029 | COLLIER, WENDY V. RELIASTAR LIFE INSURANCE COMPANY |
| 14-1032 | MEGGISON, EARL C. V. BAILEY, GERALD |
| 14-1035 | HAMILTON, MELINDA O. V. AVPM CORPORATION, ET AL. |
| 14-1065 | TYRONE FIRE PATROL CO., ET AL. V. TYRONE, PA |
| 14-1066 | WEBER, JOHN J. V. TADA, HIROAKI, ET AL. |

| | |
|---|---|
| 14-1076 | LOPEZ, AMAURY V. UNITED STATES |
| 14-6893 | URIBE, DAVID R. V. CALIFORNIA |
| 14-6969 | CAPISTRANO, JOHN L. V. CALIFORNIA |
| 14-7461 | LINDNER, PETER W. V. NEWELL, OFFICER, ET AL. |
| 14-7502 | TIRU-PLAZA, JOSE V. UNITED STATES |
| 14-7663 | PARKER, DOROTHY B. V. US BANK NAT'L ASSOC. |
| 14-7701 | BELL, JOHN B. V. NY HIGHER ED. SERVICES, ET AL. |
| 14-7726 | KIRKLAND, ANTHONY V. OHIO |
| 14-7731 | TYREE, CLARENCE B. V. VIRGINIA |
| 14-7760 | WILLIAMS, CLIFTON L. V. STEPHENS, DIR., TX DCJ |
| 14-8158 | CANCHOLA, WILLIAM L. V. BITER, WARDEN |
| 14-8161 | LO, YUNG V. GOLDEN GAMING, INC., ET AL. |
| 14-8162 | GAINES, ROBERT L. V. BERGHUIS, WARDEN |
| 14-8179 | THOMPSON, DOUGLAS V. KELLEY, CAPTAIN, ET AL. |
| 14-8188 | MILLER, ARTHULA V. INDIANA |
| 14-8197 | BODNAR, THOMAS V. RIVERSIDE COUNTY SHERIFF'S DEPT. |
| 14-8198 | ATLAS, TYSON A. V. BITER, WARDEN |
| 14-8200 | DeMARY, KA'DI Q. V. VIRGINIA |
| 14-8201 | DAVIS, JOSEPH M. V. FLORIDA |
| 14-8205 | SCOTT, CURTIS V. DAVEY, WARDEN |
| 14-8210 | BROWN, ROBERT L. V. JONES, SEC., FL DOC, ET AL. |
| 14-8222 | TAFOYA, RUDY V. SHERMAN, WARDEN |
| 14-8224 | CUELLAR, JAIME M. V. STEPHENS, DIR., TX DCJ |
| 14-8227 | DUDLEY, CLARENCE V. CAIN, WARDEN |
| 14-8228 | ELSWICK, RAYMOND V. PLUMLEY, WARDEN |
| 14-8234 | REED-RAJAPAKSE, SAMANTHA V. MEMPHIS LIGHT, ET AL. |
| 14-8236 | MILTON, MARY V. COMERICA BANK |
| 14-8242 | PRINCE, DEBORAH A. V. LOMA LINDA UNIV. MED. CTR. |

| | |
|---|---|
| 14-8243 | CALVO, PATRICK M. V. NORTHERN MARIANA ISLANDS |
| 14-8252 | LOZANO, ANTHONY V. SHERMAN, WARDEN |
| 14-8261 | LOVE, DONTE D. V. DUCART, WARDEN |
| 14-8262 | JONES, JASON E. V. CALIFORNIA, ET AL. |
| 14-8270 | GIBBS, RICHARD W. V. OHIO |
| 14-8271 | GRONDON, JASON V. McKEE, WARDEN |
| 14-8274 | GADDY, CALVIN L. V. SC DISTRICT COURTS |
| 14-8276 | BERRIO, FRANCISCO V. PERRY, SEC., NC DPS, ET AL. |
| 14-8277 | ALLEN, ADALL V. RACKLEY, WARDEN |
| 14-8283 | GONZALES, JOSE V. V. STEPHENS, DIR., TX DCJ |
| 14-8299 | ROLAND, ALDEN V. LEWIS, ROBERT |
| 14-8301 | COLE, AHMIR V. CHAPPIUS, SUPT., ELMIRA |
| 14-8302 | CHAPPELL, RONALD V. MORGAN, WARDEN |
| 14-8312 | WRIGHT, TERRENCE V. HOLLOWAY, CLERK, ETC., ET AL. |
| 14-8313 | WATSON, CHARLES V. PERRITT, SUPT., LUMBERTON |
| 14-8315 | LEA, COREY V. WARREN COUNTY, KY, ET AL. |
| 14-8316 | McDONALD, R. KIRK V. FOX RUN MEADOWS PUD |
| 14-8319 | MORRIS, MICHAEL A. V. VIRGINIA, ET AL. |
| 14-8322 | RICHARDSON, DONALD V. MI STATE TREASURER |
| 14-8324 | COOK, JOHNNY A. V. STEPHENS, DIR., TX DCJ |
| 14-8325 | CHRISTOPHER, REGINALD V. BEARD, SEC., CA DOC |
| 14-8334 | CALDEIRA, PAUL V. JANDA, WARDEN |
| 14-8336 | CASTANON, DAVID V. CALIFORNIA, ET AL. |
| 14-8339 | ALLEN, DERRICK V. FLORIDA |
| 14-8340 | JONES, ALICIA V. ANDO, SCOTT |
| 14-8342 | YEGOROV, DMITRIY V. MELNICHUK, NELYA |
| 14-8344 | TABLAS, IVAN V. CALIFORNIA |
| 14-8350 | PAPOL, JOSEPH A. V. VIRGINIA |

| | |
|---|---|
| 14-8370 | HUANG, DONGSHENG V. DEPT. OF LABOR, ET AL. |
| 14-8378 | MAHARAJ, KELLY H. V. HOLDER, ATT'Y GEN. |
| 14-8467 | LEE, MARIO A. V. BENUELOS, LIEUTENANT, ET AL. |
| 14-8485 | RICHARD, JAMES L. V. TEXAS |
| 14-8495 | SLEDGE, SAMUEL V. ILLINOIS |
| 14-8523 | CARROLL, CONRAY V. KELLEY, DIR., AR DOC |
| 14-8580 | LEONARD, ROBERT V. FLORIDA |
| 14-8627 | LUX, HERBERT V. VIRGINIA |
| 14-8636 | AUDAIN, SHAWN A. V. VIRGIN ISLANDS |
| 14-8674 | GREENE, MICHAEL V. UNITED STATES |
| 14-8687 | COLES, ALTON V. UNITED STATES |
| 14-8692 | THOMAS, DERRICK A. V. UNITED STATES |
| 14-8705 | IFENATUORA, CALS V. UNITED STATES |
| 14-8738 | CAUDEL, NATALIE A. V. UNITED STATES |
| 14-8739 | CAICEDO-CUERO, CECILIO V. UNITED STATES |
| 14-8741 | BAMDAD, MASOUD V. UNITED STATES |
| 14-8746 | ROSSETTI, STEPHEN V. UNITED STATES |
| 14-8749 | GLAWSON, RICHARD B. V. UNITED STATES |
| 14-8751 | HOOSER, TRAMALE V. WALTON, WARDEN |
| 14-8758 | DAVIS, RICHARD V. ARKANSAS |
| 14-8764 | LOPEZ, GEORGE V. UNITED STATES |
| 14-8769 | PIRPICH, LARRY E. V. UNITED STATES |
| 14-8770 | MOORE, MARLON V. UNITED STATES |
| 14-8773 | BOCANEGRA-SANCHEZ, JUAN A. V. UNITED STATES |
| 14-8774 | ADAMS, JACOB S. V. UNITED STATES |
| 14-8775 | BUCCI, SEAN V. UNITED STATES |

The petitions for writs of certiorari are denied.

5

| | |
|---|---|
| 14-754 | VIRGIN ISLANDS V. UNITED INDUSTRIAL |

The motion of Office of the Territorial Public Defender for leave to file a brief as *amicus curiae* is granted.  The petition for a writ of certiorari is denied.

| | |
|---|---|
| 14-8286 | HALL, JACK V. BERGHUIS, WARDEN |
| 14-8327 | HUNTER, CHASE C. V. USDC ED VA |
| 14-8328 | HUNTER, CHASE C. V. KALMANSON, MITCHEL, ET AL. |
| 14-8329 | HUNTER, CHASE C. V. KALMANSON, MITCHEL, ET AL. |
| 14-8330 | HUNTER, CHASE C. V. KALMANSON, MITCHEL, ET AL. |
| 14-8331 | HUNTER, CHASE C. V. KALMANSON, MITCHEL, ET AL. |
| 14-8332 | HUNTER, CHASE C. V. KALMANSON, MITCHEL, ET AL. |

The motions of petitioners for leave to proceed *in forma pauperis* are denied, and the petitions for writs of certiorari are dismissed.  See Rule 39.8.

| | |
|---|---|
| 14-8524 | GOODEN, SELENA V. UNITED STATES, ET AL. |

The petition for a writ of certiorari is denied.  The Chief Justice took no part in the consideration or decision of this petition.

| | |
|---|---|
| 14-8625 | OCHOA, MICHAEL R. V. RUBIN, ERIN |

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed.  See Rule 39.8.  As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

| | |
|---|---|
| 14-8695 | RAPOSO, ALBERTO V. UNITED STATES |

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed. See Rule 39.8.

| | |
|---|---|
| 14-8737 | CAPOCCIA, ANDREW V. UNITED STATES |

The petition for a writ of certiorari is denied. Justice Sotomayor took no part in the consideration or decision of this petition.

## HABEAS CORPUS DENIED

| | |
|---|---|
| 14-8811 | IN RE JOEL D. MALLORY, JR. |
| 14-8859 | IN RE SHERWOOD L. HARD |

The petitions for writs of habeas corpus are denied.

## MANDAMUS DENIED

| | |
|---|---|
| 14-1027 | IN RE VICTOR DEL RIO |
| 14-8296 | IN RE DeANGELO T. JONES |
| 14-8374 | IN RE RENEA J. CHAFE |

The petitions for writs of mandamus are denied.

| | |
|---|---|
| 14-961  | IN RE MARIA-LUCIA ANGHEL |
| 14-8237 | IN RE JOSEPH F. PIOTROWSKI |

The petitions for writs of mandamus and/or prohibition are denied.

## REHEARINGS DENIED

| | |
|---|---|
| 14-724  | JOHNSON, JEROME V. SAN FRANCISCO DEPT. OF HEALTH |
| 14-737  | FORD, WAYNE H. V. McDONALD, SEC. OF VA |
| 14-830  | SHAH, ATUL C. V. MOTORS LIQUIDATION CO. |
| 14-5991 | SANGSTER, LUMBSDEN A. V. CALIFORNIA, ET AL. |
| 14-6865 | SIMMONS, CURTIS G. V. RYAN, DIR., AZ DOC, ET AL. |
| 14-7087 | YAZDCHI, ALI V. TEXAS |

| | |
|---|---|
| 14-7344 | WRIGHT, ESAA S. V. WASHBURN, WARDEN, ET AL. |
| 14-7473 | CHHIM, JOSEPH V. UNIVERSITY OF HOUSTON |
| 14-7564 | TORRES, JUAN V. REYBOLD HOMES, INC. |
| 14-7584 | WIDEMAN, LONNELL R. V. THOMAS, WARDEN |
| 14-7607 | ROBINSON, EDDIE V. KINGS CTY. DIST. ATT'Y, ET AL. |
| 14-7642 | FLANDERS, LAVONT V. UNITED STATES |
| 14-8053 | DUSHANE, JASEN L. V. UNITED STATES |

The petitions for rehearing are denied.

| | |
|---|---|
| 14-6117 | GRUBBS, JIMMIE V. V. UNITED STATES |
| 14-7597 | GAREY, EDDIE M. V. UNITED STATES |

The petitions for rehearing are denied.  Justice Kagan took no part in the consideration or decision of these petitions.