# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JESSICA PARM on Behalf of Herself and All Other Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>NATIONAL BANK OF CALIFORNIA, N.A.,<br><br>      Defendant. | **CIVIL ACTION NO.** 4:14-cv-320-HLM |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day sent via first class mail a true copy of

**DEFENDANT'S INITIAL DISCLOSURES** to the following:

> Darren Kaplan
> **DARREN KAPLAN LAW FIRM, P.C.**
> 1230 Peachtree Street NE 1900 Promade II
> Atlanta, GA 30309
> *dkaplan@darrenkaplanlaw.com*

{00487870;v1 }  1

Norman E. Siegel
Stephen N. Six
J. Austin Moore
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
*siegel@stuevesiegel.com*
*six@stuevesiegel.com*
*moore@stuevesiegel.com*

Jeffrey M. Ostrow
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
*ostrow@kolawyers.com*

Hassan A. Zavareei
Jeffrey D. Kaliel
**TYCKO & ZAVAREEI LLP**
2000 L Street, NW, Suite 808
Washington, D.C. 20036
*hzavareei@tzlegal.com*
*jkaliel@tzlegal.com*

This 10th day of November, 2016

    /s/ David Wohlschlaeger
   David Wohlschlaeger