IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

JESSICA PARM, on
behalf of herself and all others
similarly situated,

Plaintiff,

v.

CIVIL ACTION FILE NO.:
4:14-CV-0320-HLM

NATIONAL BANK OF CALIFORNIA,
N.A.,

Defendant.

ORDER

This case is before the Court on Defendant's Motion to Dismiss for Failure to State a Claim ("Motion to Dismiss") [82] and on the Court's December 13, 2016, Order [79].

On January 13, 2017, Defendant filed its Motion to Dismiss. (Mot. Dismiss (Docket Entry No. 82).) The time

period in which Plaintiff could respond to the Motion to Dismiss, as agreed by the Parties, has expired. (See Order of Dec. 13, 2016, at 2 ("[Defendant] shall file its motion to dismiss Claim 1 and Claim 2 of the First Amended Class Action Complaint within thirty (30) days of the filing of the First Amended Class Action Complaint; [Plaintiff] shall file her response within twenty-one (21) days of [Defendant's] motion to dismiss; and [Defendant] shall file its reply within fourteen (14) days of [Plaintiff's] response."). Plaintiff has not filed a response to the Motion to Dismiss. (See generally Docket.)

Ordinarily, the Court would proceed to address the Motion to Dismiss. Given that this action is a putative class action, however, the Court will give Plaintiff one final



AO 72A
(Rev.8/8
2)

opportunity to file a response to the Motion to Dismiss. The Court directs Plaintiff to file her response, if any, to the Motion to Dismiss by no later than Monday, February 13, 2017.[1]

ACCORDINGLY, the Court **ORDERS** Plaintiff to file her response, if any, to the Motion to Dismiss **BY NO LATER THAN MONDAY, FEBRUARY 13, 2017.** As provided in the December 13, 2016, Order, Defendant's reply will be due within fourteen days after Plaintiff files her response, if any. The Court will grant no further extensions of time to respond to the Motion to Dismiss. If the Parties have resolved this

---

[1]As of the date of this Order, the response to the Motion to Dismiss is nearly a week late. The Court finds that Plaintiff's counsel should have ample time to prepare a response by February 13, 2017.

action, or if Plaintiff does not intend to respond to the Motion to Dismiss, counsel should so notify the Court.

IT IS SO ORDERED, this the 9th day of February, 2017.

UNITED STATES DISTRICT JUDGE



AO 72A
(Rev.8/82)