Case: 17-11480   Date Filed: 05/10/2017   Page: 2 of 2

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 17-11480-FF
_____

JESSICA PARM,
on Behalf of Herself and All Others
Similarly Situated,

                                                    Plaintiff - Appellant,

versus

NATIONAL BANK OF CALIFORNIA, N.A.,

                                                    Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ENTRY OF DISMISSAL: Pursuant to Appellant Jessica Parm's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective May 10, 2017.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Janet K. Mohler, FF, Deputy Clerk

                                                         FOR THE COURT - BY DIRECTION